**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-7470**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DEVIN GALLAGHER,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Ellen Lipton Hollander, Senior District Judge.  (1:19-cr-00479-ELH-1)

───────────

Submitted:  June 15, 2023                                              Decided:  June 20, 2023

───────────

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Devin Gallagher, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devin Gallagher appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  Upon review, we discern no abuse of discretion in the district court's denial of Gallagher's motion for compassionate release. *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order.  *United States v. Gallagher*, No. 1:19-cr-00479-ELH-1 (D. Md. Dec. 21, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
